**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-02682-PAB-CBS

BARRY MICHAEL GOULET

        Plaintiffs,

v.

ALLIED COLLECTION SERVICE,
INC,

        Defendants.

_____

**MOTION TO DISMISS**
_____

    All things having been settled and agreed upon, comes now plaintiff and moves to

dismiss defendant Allied Collection Service, Inc., the only defendant in the case, with prejudice.

                        /s/ Blair Drazic_____
                        Blair K. Drazic
                        591 25 Road, Suite A-4
                        Grand Junction, CO 81505
                        Phone 314-989-0071
                        Fax 314-667-4207
                        E-mail: blairdrazic@aol.com